DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**APEX METAL FABRICATION, INC.,**
Appellant,

v.

**M&J CONSTRUCTION COMPANY OF PINELLAS COUNTY, INC.,**
and **FIDELITY AND DEPOSIT COMPANY OF MARYLAND,**
Appellees.

No. 4D20-92

[February 11, 2021]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case Nos. 502017CA002693XXXXMB and 502017CA003322XXXXMB.

Donald A. Niesen, Ryan P. Sullivan, and Christopher W. Lewis of Niesen, Price, Worthy, Campo, P.A., Gainesville, for appellant.

Joseph W. Lawrence, II, and Mike Piscitelli of Vezina, Lawrence & Piscitelli, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***